**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
IN RE:                                             **Case #:** 23-22886-shl
                                                   **Chapter 7**

Wilda Augustin,
        Debtor
-----------------------------------------------------X

## ORDER

Upon Motion (the "Motion"), of the above Debtor, (the "Debtor") for an Order Opening this Chapter 7 Case and declaring that certain judicial the liens are void as impairing the Debtor's homestead exception, pursuant to 11 U.S.C. § 522(f); and appearing that sufficient Notice of the Motion was provided, it is hereby:

1. **ORDERED** that is Case is Open for the purpose of ruling the pending Motion to Avoid Judicial Liens.

**Dates: White Plains, New York**

    **September 5, 2025**

                                          **/s/ Sean H. Lane**
                                          **UNITED STATES BANKRUPTCY JUDGE**